**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 564 MAL 2019

Respondent     :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.     :

CARLOS MANUEL RIVERA,     :

Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.